IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LON CARTER,

        Plaintiff,                  No. CIV S-07-2230 GEB GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested a 60-day extension of time to file an amended complaint pursuant to the court's order of April 3, 2008. The request will be partially granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 23, 2008 motion for an extension of time (Docket #6) is partially granted; and

        2. Plaintiff is granted until June 2, 2008, in which to file his amended complaint.

DATED: 05/02/08

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
cart2230.36