IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LON CARTER,** | Case No. 2:07-cv-02230 LDG |
| Plaintiff, | **ORDER** |
| v. | |
| **J. TILTON, et al.,** | |
| Defendants. | |

On October 19, 2011, Defendant Stransky filed a request for extension of time to file a responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received and that defense counsel has not yet received a request to represent Defendant Weinstein. Defendant Stransky further explained that additional time is necessary to prepare a responsive pleading and to ensure that defense counsel can represent Defendant Weinstein.

**FOR GOOD CAUSE SHOWN**, Defendant is granted an extension of time, up to and including November 9, 2011, in which to file a responsive pleading.

Dated: 20 Oct 2011

_____
The Honorable Lloyd D. George