IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LON CARTER,

    Plaintiff,

v.

J. TILTON, et al.,

    Defendants.

Case No. 2:07-cv-2230-LDG

**ORDER**

    Plaintiff Lon Carter has filed a motion requesting additional time to respond to defendants' motion to dismiss.  Good cause appearing,

    THE COURT HEREBY ORDERS that plaintiff's motion for an extension of time to respond to defendants' motion to dismiss (#21) is GRANTED.  Plaintiff shall file any opposition to defendants' motion to dismiss within fourteen (14) days of the date of this order.

DATED this 29 day of November, 2011.

_____
Lloyd D. George
United States District Judge